UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alejandro Espaillat,<br><br>         Plaintiff,<br><br> -against-<br><br>W. 205 Realty Co., LLC and 172 Audubon Corp.,<br><br>         Defendants. | 1:24-cv-09157 (VEC) (SDA)<br><br>ORDER SCHEDULING<br><u>SETTLEMENT CONFERENCE</u> |

**STEWART D. AARON, United States Magistrate Judge:**

  A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Friday, July 25, 2025, at 2:00 p.m. The conference shall proceed via Microsoft Teams.

  The Court will provide the Microsoft Teams information to the parties by email prior to the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Friday, July 18, 2025).

SO ORDERED.

Dated:  New York, New York
     June 24, 2025

                   _____
                   STEWART D. AARON
                   United States Magistrate Judge