USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/25/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Alejandro Espaillat,<br><br>　　　　　　　　Plaintiff,<br><br>　-v-<br><br>W. 205 Realty Co., LLC, and<br>172 Audubon Corp.,<br><br>　　　　　　　　Defendants. | **Civ. Action #: 24-CV-09157 (VEC)(SDA)**<br><br>**JUDGMENT** |

　　A notice of acceptance of a Rule 68 Offer of Judgment having been filed on July 24, 2025; and Defendant W. 205 Realty Co., LLC ONLY, having offered to allow entry of judgment to be taken against it and in favor of Plaintiff Alejandro Espaillat in the amount of $30,000.00;

　　Plaintiff and W205 Realty agree that this release does not apply to or address or resolve any disputes between Plaintiff and Defendant 172 Audubon Corp.

　　ORDERED and ADJUDGED that judgment is entered in favor of Alejandro Espaillat and against Defendant W. 205 Realty Co., LLC ONLY, in the amount of $30,000.00.

**Dated: July   25  , 2025**
**　　　　New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**Hon. Valerie Caproni**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**